PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2241 (Rev. 10/10)
ADOPTED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

Case 1:24-cv-00068-H    Document 14    Filed 07/19/24    Page 1 of 10    PageID 40

FILED - USDC - NDTX - AB
JUL 19 2024 AM 10:28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

### ABILENE DIVISION

### AMENDED
### PETITION FOR WRIT OF HABEAS CORPUS
### UNDER 28 U.S.C. § 2241

Scottie Lee Hood
PETITIONER
(Full name of Petitioner)

**CURRENT PLACE OF CONFINEMENT**
Lindsey State Jail

vs.

#2503111
PRISONER ID NUMBER

Haskell County et al
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

1:24-cv-068-H
CASE NUMBER
(Supplied by the District Court Clerk)

---

## INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except that ONE separate additional page is permitted in answering question 10.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show

1

that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5.    Only one sentence, conviction, disciplinary proceeding, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petition(s).

6.    Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.

7.    It is your responsibility to immediately notify the court in writing of any change of address. Failure to notify the court of your change of address could result in the dismissal of your case.

---

## PETITION

**PLEASE COMPLETE THE FOLLOWING:** (check the appropriate number)
This petition concerns:
1. __  __    pretrial detention;
2. __  __    a conviction;
3. __  ✓    a sentence;
4. __  __    jail or prison conditions;
5. __  __    a prison disciplinary proceeding;
6. __  __    parole or mandatory supervision;
7. __  __    time credits;
8. __  __    other (specify): _____


**Have you pursued to completion all relevant state and/or prison administrative remedies relevant to your complaint(s) before filing this petition.    Yes    No    If yes, what was the date of the result and the result of any such proceeding. If no, explain why you have not pursued all such remedies.** _____

_____

_____

_____

_____

1.  Place of detention: Lindsey State Jail

2.  State the offense with which you have been charged and whether you have been convicted of the charged offense(s) or whether you are still awaiting trial: Texas

3.  Name and location of court in which your case is pending or in which you were convicted: Haskell County Haskell TX 39 District Court

4.  The criminal docket or case number and the offense(s) for which you have been charged or convicted: 7770

5.  If you have been convicted of the charged offense(s), the date upon which sentence was imposed and the length of the sentence: May 6 2024

6.  Check whether a finding of guilty was made:

    a.  after a plea of guilty              ✔ _

    b.  after a plea of not guilty          _ _

    c.  after a plea of nolo contendere     _ _

7.  If you were found guilty, check whether that finding was made by:

    a.  a jury                              _ _

    b.  a judge without a jury              _ _

8.  Did you appeal from the judgment of conviction or the imposition of sentence?

            Yes            No

9.  If you did appeal, give the following information for each appeal:

a. (1) Name of court and docket or case number:

_____

_____

(2) Result and date of result:_____

(3) Grounds raised (list each):

(a) There are inconsistancy each booking and release

(b) There are inconsistancy on each offense

(c) each Release Type Says Time Served

_____

(d) There are inconsistency on each charge category

b. (1) Name of court and docket or case number:
39 District court Haskell

_____

(2) Result and date of result:_____

(3) Grounds raised (list each):

(a) _____

_____

(b) _____

_____

(c) _____

_____

(d)_____

_____

10.  State concisely every ground on which you claim that you are held unlawfully.  Summarize briefly the facts supporting each ground.  If necessary, attach a single page only behind page 6.

**CAUTION:  If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.  You must state facts, not conclusions, in support of your grounds. Do not argue or cite law.  Just state the specific facts that support your claim.  Legal arguments and citation to cases or law should be presented in a separate memorandum.**

a. GROUND ONE:
Inconsistancy in all Statute Description

Supporting facts: Each Booking and release Sheet under the Statute description Says 4 diffrent Weight amounts. they are inconsistancy

b. GROUND TWO:
Inconsistancy in all charge category.

Supporting facts: Each charge category Says PTFEL execpt for 1 that is the real reason I am here on and it says PTJSF and has non Weight amount.

5

c. **GROUND THREE:** Inconsistancy on the release type.

Supporting facts: On all release sheet on the Release type it says time served.

If I have time Serve Served why am I here.

d. **GROUND FOUR:** False imprisonment and Double Jeporady Violates my Civil Rights

Supporting facts: On Aug 19-2022 I was arrested for a warrant 7220. I han no idea why So when I asked the Sheriff Chris Keith he Seid he did not know why, When I got to Haskell from Taylor county I got to talk to my lawyer Starla Jones and She Said the judge, DA and the Sheriff could not explain why I had been arrested.

6

11. Relief sought in this petition: _released from State jail with time Served_

12. Have you filed a previous application or petition for habeas corpus or any other application, petition or motion with respect to the grounds raised in this petition?

Yes         (No)

13. If your answer to Question No. 12 is yes, give the following information as to each previous application, petition, or motion:

a. (1) Name of court and docket or case number:_____

_____

(2) Result and date of result:_____

(3) Grounds raised (list each):

(a) _____

_____

(b)_____

_____

(c)_____

_____

(d)_____

_____

b. (1) Name of court and docket or case number:_____

_____

(2) Result and date of result:_____

(3) Grounds raised (list each):

(a) _____

_____

7

(b) _____

_____

(c) _____

_____

(d) _____

_____

14.    If applicable, state whether you have filed a motion under 28 U.S.C. § 2255, and if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.

_____

_____

_____

_____

_____

_____

_____

15.    Are you presently represented by counsel?    Yes    No
If so, name, address and telephone number of attorney:_____

_____

16.    If you are seeking leave to proceed *in forma pauperis*, have you completed an application setting forth required information?    Yes    No

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on ~~July 2 2024~~ July 3, 24 (month, day, year).

Executed (signed) on ___July 2 2024___ (date).

_____
Signature of Petitioner (required)

Petitioner's current address:

TDCJ Linsey State Jail
1620 FM 3344
Jacksboro TX 76458

_____

9

Scottie Hood
TDCJ # 2303111
Hutchins State Jail
1500 E Langdon Rd
Dallas TX 75241

NORTH TEXAS TX P&DC
DALLAS TX 750
16 JUL 2024   PM 8   L

RECEIVED

JUL 1 9 2024

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Northern District Court
PO Box 1218
Abilene TX 79604

79604-121818

NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - INSTITUTIONAL
DIVISION
PRIVILEGED OFFENDER MAIL

Legal

Legal

Legal

